**Order entered July 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00815-CV

## IN RE KEITH COLEMAN AND CEDAR CANYON RANCH & VENUE, Relators

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-00345-2**

# ORDER
Before Chief Justice Wright, Justice Bridges and Justice Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relators to bear the costs of this original proceeding.


/s/     DAVID L. BRIDGES
         JUSTICE